

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

On September 28, 2022, we issued an opinion and judgment in this appeal. As a result, any motion for rehearing was due by October 13, 2022. At this time, we have granted appellant a total extension of sixty-seven days, and we ordered her motion for rehearing due by December 19, 2022. Appellant has now filed a third motion requesting an extension until January 20, 2023 to file her motion for rehearing. After consideration, we **grant** the motion. Appellant's motion for rehearing is due **by January 20, 2023**. **Appellant is advised no further extensions of time will be granted.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court